# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:22-CR-00276-DSF                 Recorder: CS 07/05/2022                          Date: 07/05/2022

Present: The Honorable John D. Early, U.S. Magistrate Judge

Court Clerk: Maria Barr                                              Assistant U.S. Attorney: Gregory Staples

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| DAVID GILBERT SAFFRON<br>    Custody | Brad Axelrod<br>    Retained | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE AND INITIAL APPEARANCE AND APPOINTMENT OF COUNSEL HEARING.**

Deft is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the Indictment and acknowledges having been read or having received a copy of the Indictment and waives the reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Dale S. Fischer.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 8/30/2022 at 8:30 AM
    Status Conference 7/11/2022 at 8:30 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Trial estimate: 2 weeks.

Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
Government's Request for Detention is CONTINUED to July 12, 2022 at 9:00 AM. Defendant Temporarily Detained.(see seperate order) Abstract of Order to Return Defendant to Court (M-20) issued. Original forwarded to USM.

First Appearance/Appointment of Counsel: : 26
PIA: 00 : 03
Initials of Deputy Clerk: mba

cc: Statistics Clerk, PSALA PSASA, USMSA