

FILED
CLERK, U.S. DISTRICT COURT
07/05/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: M.B. DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 2:22-cr-00276-DSF |
| DAVID GILBERT SAFFRON, DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __July 12__, __2022__, at __9:00__ ☒a.m. / ☐p.m. before the Honorable __John D. Early, United States Magistrate Judge__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __July 5, 2022__                    __JOHN D. EARLY__ /s/
                                           U.S. ~~District Judge~~/Magistrate Judge