*United States Probation & Pretrial Services*

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Natasha Mingo
Chief Probation & Pretrial Services Officer

FILED
CLERK, U.S. DISTRICT COURT

JUL 12 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ____ DEPUTY

Date: July 12, 2022

Re: Release Order Authorization Docket Number:
Defendant: David Saffron   CR22-276-DSF

To Whom It May Concern:

The above-referenced defendant was ordered released on a bond that includes the special condition of placement into the Location Monitoring Program and **RELEASE TO PRETRIAL SERVICES ONLY**. The Location Monitoring Unit has been advised and is available to release the defendant from custody.

If you determine the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

*Joel Hanohov*

U.S. Probation and Pretrial Services Officer
Telephone Ext: 6005

SUP 323
REV. 11/2020