E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JAMES C. HUGHES (Cal. Bar No. 263878)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2579
     Facsimile: (213) 894-6269
     E-mail:    James.Hughes2@usdoj.gov

GLENN S. LEON
Chief, Fraud Section
Criminal Division, U.S. Department of Justice
KEVIN LOWELL (Maryland Bar)
THEODORE M. KNELLER (D.C. Bar No. 978680)
Trial Attorneys, Fraud Section
Criminal Division, U.S. Department of Justice
     1400 New York Avenue, NW
     Washington, DC 20005
     Telephone: (202) 258-2756
     E-mail:    Kevin.Lowell@usdoj.gov
                Theodore.Kneller@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 22-276-DSF |
| Plaintiff, | NOTICE OF RECEIPT OF CONFLICT WAIVER |
| v. | |
| DAVID GILBERT SAFFRON, | |
| Defendant. | |

The United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, the Chief of the Fraud Section of the Criminal Division of the United States Department of Justice, Assistant United States

Attorney James C. Hughes, and Trial Attorneys Kevin Lowell and Theodore M. Kneller, hereby files this notice regarding the government's receipt of a purported conflict waiver regarding Brad Lee Axelrod's representation of defendant.

Prior to the motion hearing conducted by the Court on January 9, 2023, defendant provided both the government and the Court with copies of a document entitled "CONFLICT WAIVER OF INTEREST." The letter was signed by defendant and purported to be a conflict waiver regarding Brad Lee Axelrod's representation of defendant. At the conclusion of the hearing on January 9, 2023, the Court requested that the government file a copy of this waiver on the docket in this case. A true and correct copy of the "CONFLICT WAIVER OF INTEREST" received by the United States is attached hereto as Exhibit A.

Dated: 1/12/2023

Respectfully submitted,
E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

GLENN S. LEON
Chief, Fraud Section
Criminal Division,
U.S. Department of Justice

　/s/
THEODORE M. KNELLER
KEVIN LOWELL
Trial Attorneys, Fraud Section
Criminal Division,
U.S. Department of Justice

JAMES C. HUGHES
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

## CONFLICT WAIVER OF INTEREST

This letter contains the conflict waiver regarding Brad Lee Axelrod's ("Mr. Axelrod") representation of you in connection with finding other permanent counsel. As you are aware, Mr. Axelrod was present in at least one presentation to potential investors, which could result in Mr. Axelrod needing to testify as a witness in your case. The U.S. Attorney has also indicated that they intend to call Mr. Axelrod as a witness.

The rules of professional conduct that govern attorneys' ethical responsibilities permit Mr. Axelrod to continue to represent you only if you consent after weighing the benefits and risks. It will be Mr. Axelrod's duty to be loyal to your interests. Mr. Axelrod will need to preserve your confidences. Mr. Axelrod will also need to refrain from disclosing to anyone else any confidential information you provide.

It is up to you to decide whether you believe that Mr. Axelrod can provide you with zealous and effective representation, consistent with the ethical principles mentioned above, in this matter. You must also be satisfied with Mr. Axelrod's ability and commitment to abide by these principles and to provide zealous and effective representation.

If, after evaluating the considerations raised in this letter, you consent to Mr. Axelrod's continued representation of you in this matter, please sign below in the space provided and return via electronic mail to me.

**CONSENTED AND AGREED TO:**

November 28, 2022

By: _____
David G. Saffron

**EXHIBIT A**

James C. Hughes, AUSA
US Courthouse
312 N. Spring, 11th Floor
Los Angeles, CA 90012

SAN BERNARDINO CA 923
19 DEC 2022 PM 7 L



FOREVER
950720621151155



RECEIVED
DEC 21 2022