TRULINCS 09227510 - SAFFRON, DAVID - Unit: LOS-F-S

---

FROM: 09227510
TO: Hunter, Justin; Lynn, Miranda
SUBJECT: Cover Letter
DATE: 11/24/2023 09:30:36 AM

[FILED stamp: DEC - 4 2023, CENTRAL DISTRICT OF CALIFORNIA]

To Judge Fischer,

This Cover Letter and all contents of this Package is being sent via certified mail #7010 2780 0003 4690

Currently I've been in detention at the MDC-LA for more than 90 Days based soley on "Hearsay" Using a very sad person named Hopkins, who says he is a Doctor, but in reality is not licensed in any way.

Hopkins is a known Sociopathic woman hater and he prays on woman over 80 for "Stem Cell" treatments, charging them $5000 per such "Treatment" to prolong thier lives or so he claims.

My Bond is 1/4 the size of Ex President Trumps to put things in perspective.

Your Honor I wish to be re-released on my bond ASAP.
With no conditions so these people cannot entrap me again.

I have never breached my bond in anyway, and have been the subject of a "Witch-hunt" under the pretext of fabricated "hearsay" of false "Testimony" scripted by the DOJ.

This Document was put together by multiple attorneys; it includes a revised "Declaration" and incorporates a "statement of facts", and termination and disavowal of all prior and present false counsel such as Khojahan.

Sincerely,

*[signature]*
David Saffron
November 2023